UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

EDUARDO JESUS-MARTINEZ,

Petitioner,

v.

CHRISTOPHER LAROSE,

Respondent.

Case No. 26-cv-3693-JES-MSB

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

**[ECF No. 1]**

Before the Court is Petitioner Eduardo Jesus-Martinez's ("Petitioner") Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 1.

Upon consideration of a habeas petition under § 2241, the court shall "award the writ or issue an order directing the respondent to show cause why the writ should not be granted, unless it appears from the application that the applicant or person detained is not entitled thereto." 28 U.S.C. § 2243. "Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory, palpably incredible, or patently frivolous or false." *Kourteva v. I.N.S.*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) (citing *Hendricks v. Vasquez*, 908 F.2d 490, 491 (9th Cir. 1990)).

Here, the Court is missing crucial information from the Petitioner in order to evaluate his claims. The petition only alleges that Petitioner is a native of Guatemala who is

1

currently detained at the Otay Mesa Detention Center.[1] ECF No. 1 ¶¶ 1, 16, 17. The petition alleges that Petitioner entered the United States on May 12, 2013, but does not provide information on the manner of that entry and whether he was ever given any parole. *Id.* ¶ 1. The petition does not even include how long Petitioner has been detained for, only alleging that "Petitioner has remained in Respondents' custody since that time," without any reference to what "that time" refers to. *Id.* ¶ 18. Without more information, the Court cannot find that he states a claim in his petition as it stands.[2]

Accordingly, the Court **DENIES** the Petition without prejudice. Petitioner may file an amended petition by **July 7, 2026,** if he wishes to proceed with the case.

**IT IS SO ORDERED.**

Dated: June 29, 2026

Honorable James E. Simmons Jr.
United States District Judge

---

[1] The Court notes that in another part of the petition, however, it alleges that Petitioner is a Mexican national. ECF No. 1 ¶ 8.

[2] Petitioner does note that his petition is missing factual information because counsel has been unable to obtain the Notice to Appear or charging documents (ECF No. 1 ¶ 2), but the petition is missing factual information pertinent to the claims that should be in Petitioner's personal knowledge, even without these documents.