UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDUARDO JESUS-MARTINEZ,<br><br>                                    Petitioner,<br><br>v.<br><br>CHRISTOPHER LAROSE,<br><br>                                    Respondent. | Case No. 26-cv-3693-JES-MSB<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITION FOR WRIT OF HABEAS CORPUS**<br><br>**[ECF No. 4]** |

Before the Court is Petitioner Eduardo Jesus-Martinez's ("Petitioner") Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. ECF No. 4. Pursuant to the Court's Order to Show Cause (ECF No. 5), Respondents filed a return to the petition. ECF No. 7. To date, Petitioner has not filed a traverse.

The amended petition sets forth the following facts. Petitioner[1] entered the United States on May 15, 2013. ECF No. 4 ¶ 3. He appears to have been detained for at least a month at that time, before a Notice to Appear was issued to him on June 24, 2013. *Id.* The petition lacks facts regarding what happened after that point in time, until Petitioner was detained again on June 22, 2026 and taken into custody at Otay Mesa Detention Center. *Id.*

---

[1] It is unclear from the amended petition whether Petitioner is Mexican or Guatemalan native as it alleges both in different parts of the petition. ECF No. 4 ¶¶ 8, 16.

1

26-cv-3693-JES-MSB

¶ 2. Though Petitioner alleged in his petition that his detention was "pending removal proceedings," (*id.* ¶ 8), in the return to the petition, Respondents put forth evidence that Petitioner has a final order of removal against him, dated March 2, 2018. ECF No. 7-1.

Based on the information in front of it, the Court finds that Petitioner still has not met his burden to establish a claim for release or bond at this time. Though the Court previously granted Petitioner an opportunity to amend his petition with the facts needed, the Amended Petition is still missing facts necessary for the Court to ascertain what provision governs his current detention.

Accordingly, the Court **DENIES WITHOUT PREJUDICE** without prejudice. The Clerk of the Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: July 21, 2026

Honorable James E. Simmons Jr.
United States District Judge

2

26-cv-3693-JES-MSB